UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x   Civil Action No.: CV-05-4672(DLI)
UNITED STATES OF AMERICA,

              Plaintiff,

  - against-

DENISE A ABEL,

              Defendant.
----------------------------------------------------------x

## DEFAULT JUDGMENT

Because Denise A Abel failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Denise A Abel:

**Claim No. C99-17063W**

| | |
|---|---|
| Principal Balance: | $1,767.22 |
| Total Interest Accrued at 8.000%: | $1,762.46 |
| Filing and Service of Process: | $285.00 |
| Subtotal: | $3,814.68 |
| Attorney's Fees: | $1,575.00 |
| Total Owed: | $5,389.68 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

January 23, 2005

Dora L. Irizarry
United States District Judge